IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-00085-02-CR-W-GAF |
| | ) | |
| EDGAR HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT
## AS TO EDGAR HERNANDEZ

Now pending before the Court is the United States' Motion to Dismiss Indictment as to Edgar Hernandez. For good cause shown, it is

ORDERED that the April 8, 2009 Indictment against Defendant Edgar Hernandez is dismissed without prejudice.

                                                s/ Gary A. Fenner
                                                Gary A. Fenner, Judge
                                                United States District Court

DATED: August 25, 2009